# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136292 & (62)

In re Adoption of MAHQUAN DESHAWN
PENDLETON, Minor.
_____/

RUPERT K. MANN and GERALDINE M.
MANN,
      Petitioners-Appellants,

v

DEPARTMENT OF HUMAN SERVICES and
CHERYL COCHRAN,
      Respondents-Appellees.

_____/

SC: 136292
COA: 278964
Wayne CC Family Division:
 06-000634-AO

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 14, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 9, 2008

d0506

_____
Clerk